UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00216-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VIRGINIA ULLOA,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, June 23, 2010,** and responses to these motions shall be filed by **Tuesday, July 6, 2010.**  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference will not be set at this time.  Counsel shall contact Chambers should a hearing become necessary.  It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, July 12, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 19 day of , 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge