UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00216-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VIRGINIA ULLOA,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on June 30, 2010 [#22]. The 4-day jury trial set for **Monday, July 12, 2010, at 9:00 a.m.** is **VACATED** and a Change of Plea hearing is set for **Wednesday, August 4, 2010, at 9:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    June 30, 2010