**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 1, 2010 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00216-WYD**          Counsel:

UNITED STATES OF AMERICA,                        Linda Kaufman

       Plaintiff,

v.

**1.  VIRGINIA ULLOA**,                                    Brian R. Leedy

       Defendant.

**SENTENCING**

**3:13 p.m.**     Court in Session - Defendant present (on-bond)

              **Change of Plea Hearing - Wednesday, August 4, 2010 at 9:00 a.m.**
              **Plea of Guilty - count 1 of Superseding Indictment**

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

3:14 p.m.     Statement and argument on behalf of Government (Ms. Kaufman).

3:18 p.m.     Statement and argument on behalf of Defendant (Mr. Leedy).

3:36 p.m.     Statement and argument on behalf of Government (Ms. Kaufman).

3:46 p.m.     Statement and argument on behalf of Defendant (Mr. Leedy).

3:47 p.m.     Statement on behalf of Probation (Ms. Kozak).

| | |
|---|---|
| 3:53 p.m. | Statement on behalf of Defendant (Mr. Leedy). |
| 3:54 p.m. | Statement by Defendant on her own behalf (Ms. Ulloa). |
| **4:01 p.m.** | Court in Recess |
| **4:27 p.m.** | Court in Session |

                Court makes findings.

**ORDERED:** Government's Motion to Decrease Offense Level Pursuant to U.S.S.G. § 3E1.1 [doc. #41], filed November 24, 2010, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **21** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.

(X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

(X) The defendant shall work with the probation officer in development of a monthly budget that shall be reviewed with the probation officer quarterly.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant to make **restitution** as follows:
**$140,000.00 to be made payable to Clerk, U.S. District Court; 901 19th Street, #A-105; Denver, CO  80294 to be disbursed to the following victim(s):**

| **Victims** | **Amount** |
|---|---|
| U.S. Bank<br>Corporate Security Recovery and<br>Restitution Department<br>P.O. Box 650<br>Milwaukee, Wisconsin 53278-0650 | $140,000.00 |

The special assessment shall be due immediately.  The balance of the monetary obligations shall be paid in monthly installment payments calculated as at least 10 percent of the defendant's gross monthly wages.  As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case. ***Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.***

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Government shall file motion to dismiss counts and proposed order.

**ORDERED:**     Defendant may surrender voluntarily as follows:  **Report to the designated institution on or before Monday, January 3, 2010, at 12:00 noon.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**4:38 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :59**